# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| WILLIAM D. HAMBY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:19-CV-077-CLC-DCP |
| v. ) | |
| ) | |
| NURSE SHEPPARD, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This is a pro se prisoner's complaint for violation of 42 U.S.C. § 1983. Now before the Court is Plaintiff's motion to voluntarily dismiss this action [Doc. 59], in which he states that he seeks to dismiss this action because he does not have an attorney [*Id.* at 1]. Defendant has not filed a response thereto and her time for doing so has passed. E.D. Tenn. LR 7.1(a)(2). Thus, Defendant waived any opposition thereto. *Elmore v. Evans*, 449 F. Supp. 2, 3 (E.D. Tenn. 1976), *aff'd mem.* 577 F.2d 740 (6th Cir. 1978); E.D. Tenn. LR 7.2.

Accordingly, due to the lack of any opposition, Plaintiff's motion to voluntarily dismiss this action [Doc. 59] will be **GRANTED**. Also, the Court **CERTIFIES** that any appeal from this dismissal would not be taken in good faith.

**AN APPROPRIATE ORDER WILL ENTER**.

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**