UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM D. HAMBY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:19-CV-077-CLC-DCP |
| v. ) | |
| ) | |
| NURSE SHEPPARD, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Plaintiff's motion to voluntarily dismiss this action [Doc 59] is **GRANTED** to the extent that this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT